**BLEAKLEY TRANSPORTATION COMPANY, Libelant-Appellee, v. HUDSON RIVER DAY LINE, Respondent-Appellant, Cornell Steamboat Company, Respondent-Appellee.**

No. 154.

Circuit Court of Appeals, Second Circuit.
Feb. 6, 1933.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Henry P. Elliott and Robert S. Erskine, both of New York City, of counsel), for appellee Cornell Steamboat Co.

Purdy & Purdy, of New York City (Edmund F. Lamb, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

**Elizabeth F. BOWDITCH, Executrix (u/w Frederick C. Bowditch), v. COMMISSIONER OF INTERNAL REVENUE.**

No. 2774.

Circuit Court of Appeals, First Circuit.
Jan. 3, 1933.

PER CURIAM.

Order: Upon stipulation, the decision of the Board of Tax Appeals is vacated, and the case is remanded to that Board, with directions to enter a final order that there is a deficiency in the estate tax of the estate of Frederick C. Bowditch, deceased, under the Revenue Act of 1924 (43 Stat. 253), in the sum of $12,320.68, after the allowance of $1,301.08, as a credit for state inheritance taxes paid, pursuant to section 301 (b) of the Revenue Act of 1924, and that the estate tax liability of the said estate will be fully discharged upon payment to the appropriate collector of internal revenue of the United States of the said sum of $12,320.68, together with interest thereon as provided by law. This order was upon a stipulation that the petition for review be docketed, reversed, and remanded to the Board.

**Zada Russell CASADY, Appellant, v. UNITED STATES of America.**

No. 9603.

Circuit Court of Appeals, Eighth Circuit.
Dec. 14, 1932.

U. A. Screechfield, of Los Angeles, Cal., and Harold Metcalf, of Davenport, Iowa, for appellant.

R. W. Colflesh, U. S. Atty., and Ray C. Fountain, Asst. U. S. Atty., both of Des Moines, Iowa, and Frank F. Wilson, Asst. U. S. Atty., of Mt. Ayr, Iowa.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of counsel for appellee under Rule 24.

**Ed CHANDLER, Appellant, v. UNITED STATES of America.**

No. 9438.

Circuit Court of Appeals, Eighth Circuit.
Oct. 5, 1932.

Walter L. Brown and L. B. Smead, both of El Dorado, Ark., for appellant.

W. N. Ivie, U. S. Atty., and G. T. Sullins, Asst. U. S. Atty., both of Ft. Smith, Ark.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of counsel for appellee, under Rules 23 and 24.